UNITED STATES Of America, Plaintiff–Appellee,

v.

Willie ROBERTS, Jr., Defendant– Appellant.

UNITED STATES Of America, Plaintiff–Appellee,

v.

Alvin Charles JOHNSON, Defendant–Appellant.

Nos. 93–10067, 93–10122.

United States Court of Appeals, Ninth Circuit.

Nov. 3, 1994.

Before: POOLE, BEEZER, and NELSON, Circuit Judges.

It is ordered that the Opinion filed May 24, 1994 and amended June 29, 1994 in this case is hereby withdrawn and vacated.